FILED

OCT 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corey WILLIAMS,<br><br>    Petitioner,<br><br> v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 5-12-cv-5115-EJD<br><br>DEATH-PENALTY CASE<br><br>ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD |

  Petitioner Corey Williams, a condemned prisoner confined to San Quentin State Prison, was convicted and sentenced to death by the Contra Costa Superior Court. *People v. (Corey) Williams*, No. S077524 (Cal. filed Dec. 18, 2000). Proceeding pro se, he initiated the present federal capital habeas action. (Doc. No. 1.)

  Pursuant to Habeas Local Rule 2254-25, the Court must appoint counsel to represent Petitioner. Accordingly, this action is referred to the Court's selection board for the recommendation of qualified counsel to represent Petitioner.

  The Clerk shall serve copies of this order upon Petitioner; Respondent; Michael G. Millman, Esq., Executive Director of the California Appellate Project; Ann P. Wathen, Esq., Deputy Attorney General of the State of California; and Jeanne Keevan-Lynch, Esq., appointed counsel for Petitioner before the Supreme Court of California.

*It is so ordered.*

DATED: October 12, 2012

               EDWARD J. DAVILA
               United States District Judge

Copies of Order mailed on 10/12/12 ecg to:

Corey Williams
CDC # P-98972
San Quentin State Prison
San Quentin, CA 94974

Acting Warden Kevin Chappell
San Quentin State Prison
San Quentin, CA 94974

Michael G. Millman, Esq.
Executive Director
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105

Ann P. Wathen, Esq.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jeanne Keevan-Lynch, Esq.
P.O. Box 2433
Mendocino, CA 95460

George O. Kolombatovich, Esq.
Death Penalty Staff Attorney
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Habeas Corpus Resource Center
303 Second Street, Suite 400, South Tower
San Francisco, CA 94109

Federal Court Docketing
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105

Case No. 5-12-cv-5115-EJD
ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD
(DPSAGOK)