FILED

OCT 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corey WILLIAMS,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>　　　　　　　　Respondent. | Case Number 5-12-cv-5115-EJD<br><br>DEATH-PENALTY CASE<br><br>ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD |

　　　　Petitioner Corey Williams, a condemned prisoner confined to San Quentin State Prison, was convicted and sentenced to death by the Contra Costa Superior Court. *People v. (Corey) Williams*, No. S077524 (Cal. filed Dec. 18, 2000). Proceeding pro se, he initiated the present federal capital habeas action. (Doc. No. 1.)

　　　　Pursuant to Habeas Local Rule 2254-25, the Court must appoint counsel to represent Petitioner. Accordingly, this action is referred to the Court's selection board for the recommendation of qualified counsel to represent Petitioner.

　　　　The Clerk shall serve copies of this order upon Petitioner; Respondent; Michael G. Millman, Esq., Executive Director of the California Appellate Project; Ann P. Wathen, Esq., Deputy Attorney General of the State of California; and Jeanne Keevan-Lynch, Esq., appointed counsel for Petitioner before the Supreme Court of California.

*It is so ordered.*

DATED: October 12, 2012

_____
EDWARD J. DAVILA
United States District Judge

| | |
|---|---|
| 1 | Copies of Order mailed on  10/12/12  ecg  to: |
| 2 | Corey Williams<br>CDC # P-98972 |
| 3 | San Quentin State Prison<br>San Quentin, CA  94974 |
| 4 | |
| 5 | Acting Warden Kevin Chappell<br>San Quentin State Prison<br>San Quentin, CA  94974 |
| 6 | |
| 7 | Michael G. Millman, Esq.<br>Executive Director<br>California Appellate Project |
| 8 | 101 Second Street, Suite 600<br>San Francisco, CA  94105 |
| 9 | |
| 10 | Ann P. Wathen, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 11 | San Francisco, CA  94102-7004 |
| 12 | Jeanne Keevan-Lynch, Esq.<br>P.O. Box 2433 |
| 13 | Mendocino, CA  95460 |
| 14 | George O. Kolombatovich, Esq.<br>Death Penalty Staff Attorney |
| 15 | United States District Court for the Northern District of California<br>450 Golden Gate Avenue, Box 36060 |
| 16 | San Francisco, CA  94102-3489 |
| 17 | Habeas Corpus Resource Center<br>303 Second Street, Suite 400, South Tower |
| 18 | San Francisco, CA  94109 |
| 19 | Federal Court Docketing<br>California Appellate Project |
| 20 | 101 Second Street, Suite 600<br>San Francisco, CA  94105 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 5-12-cv-5115-EJD
ORDER REFERRING CAPITAL HABEAS ACTION TO SELECTION BOARD
(DPSAGOK)